IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:17-03119-CR-S-RK-1 |
| ) | |
| JOHN L. PUTNAM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On 11/01/2017, defendant appeared before United States Magistrate Judge David P. Rush and entered a plea of guilty to the sole count contained in the Information filed 11/01/2017 (doc. 3). On 11/01/2017, Judge Rush issued his Report and Recommendation (doc. 8).

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge David P. Rush.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing will be scheduled and the parties notified of the date and time of sentencing.

SO ORDERED.

                                                            s/ Roseann A. Ketchmark
                                                             ROSEANN A. KETCHMARK, JUDGE
                                                             UNITED STATES DISTRICT COURT

DATED: November 17, 2017.